# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LESLIE WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-285 |
| ) | REEVES/POPLIN |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

For the reasons set forth in the accompanying Order of Remand, the Court finds plaintiff's motion for summary judgment [Doc. 18] is **DENIED as moot.** Accordingly, this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings consistent with the Order of Remand.

The Clerk is directed to close the case.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**