UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LESLIE WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:19-CV-285-TAV-DCP |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Debra C. Poplin on August 24, 2020 [Doc. 27]. In the R&R, the magistrate judge recommends that the Court grant Plaintiff's Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412 [Doc. 24]. Specifically, she recommends that plaintiff be awarded $3,796.44 in attorney's fees and $24.00 in expenses.

There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The Court has carefully reviewed this matter, including the underlying motion, the Court agrees with the magistrate judge's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R

[Doc. 27]. Plaintiff's Motion [Doc. 24] is **GRANTED**. Plaintiff is **AWARDED** $3,796.44 in attorney's fees and $24.00 in expenses.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE